# Exhibit A

# Exhibit A



Select Language ⌄

Powered by Google **Translate**

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2020-017410 | Judge: | Duncan, Sally |
| File Date: | 12/30/2020 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Brian A Richman | Plaintiff | Male | Frank Verderame |
| Stellar Six L L C | Defendant | | Pro Per |
| Carlos M Torres | Defendant | Male | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 12/30/2020 | COM - Complaint | 12/30/2020 | |
| **NOTE:** Complaint | | | |
| 12/30/2020 | CSH - Coversheet | 12/30/2020 | |
| **NOTE:** Civil Cover Sheet | | | |
| 12/30/2020 | CCN - Cert Arbitration - Not Subject | 12/30/2020 | |
| **NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To | | | |
| 12/30/2020 | SUM - Summons | 12/30/2020 | |
| **NOTE:** Summons | | | |
| 12/30/2020 | SUM - Summons | 12/30/2020 | |
| **NOTE:** Summons | | | |
| 12/30/2020 | SUM - Summons | 12/30/2020 | |
| **NOTE:** Summons | | | |

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
12/30/2020 10:43:00 AM
Filing ID 12377764

**PLATTNER VERDERAME PC**
316 E. Flower St.
Phoenix, Arizona 85012
Telephone: (602) 266-2002
Frank Verderame
Arizona State Bar No. 007519
fverderame@pvazlaw.com

*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| BRIAN A. RICHMAN, an unmarried man,<br><br>Plaintiff,<br><br>v.<br><br>STELLAR SIX, LLC, a Texas corporation; CARLOS M. TORRES and JANE DOE TORRES, husband and wife; JOHN AND JANE DOES I-V; BLACK AND WHITE CORPS. I-V; and GREY PARTNERSHIPS I-V,<br><br>Defendants. | **NO.** CV2020-017410<br><br>**COMPLAINT**<br><br>**(Tort – Motor Vehicle)** |

COMES NOW the Plaintiff above named, by and through his attorney undersigned, and for his cause of action against the Defendants, states and alleges as follows:

### PARTIES, JURISDICTION AND VENUE

I.

Plaintiff Brian A. Richman is a resident of Bellevue, Nebraska.

II.

Upon information and belief, the above named Defendants caused events to occur within the State of Arizona, out of which this cause of action arose.  Damages sustained by Plaintiff exceed the jurisdictional amount for mandatory arbitration.

III.

At all times mentioned herein, Defendant Stellar Six, LLC (hereinafter referred to as "Defendant Stellar"), was and still is duly organized and existing under and by virtue of the laws of the State of Texas.

IV.

Upon information and belief, Defendant Stellar was operating and maintaining an interstate trucking cargo/freight carrier business, with its principal business address of 7226 Alameda Ave., El Paso, TX 79915-3504.

V.

Upon information and belief, the Defendant Stellar semi-truck and trailer was driven and operated by Defendant Stellar employee, Carlos M. Torres (hereinafter referred to as "Defendant Torres").

VI.

Upon information and belief, Defendant Torres was an employee, representative, and/or authorized agent of Defendant Stellar and, as such, Defendant Torres was authorized to drive the semi-truck at issue in this matter.  At all relevant times, Defendant Torres was acting within the course and scope of his employment and/or duties for Defendant Stellar and, as

2

such, Defendant Stellar is vicariously liable for the wrongful acts of Defendant Torres, complained of herein.

VII.

Defendant Torres negligently operated the semi-truck of which he was entrusted to drive, so as to cause a collision with Plaintiff Richman.

VIII.

The actions complained of herein against Defendant Torres are actions performed in the furtherance of his marital community; and, therefore, are binding upon his spouse, Defendant Jane Doe Torres, whose true name will be substituted by amendment to this Complaint.

IX.

On January 6, 2020, Defendant Carlos M. Torres operated a 2015 Kenworth with cargo trailer attached (believed to be owned and/or leased by Defendant Stellar and hereinafter referred to as the "Stellar semi-truck/trailer"), in a manner to which caused the Stellar semi-truck/trailer to collide into the 1999 Freightliner, operated by Plaintiff Richman.

X.

At the time of the collision, Plaintiff Richman was outside of his semi-truck on the driver side, climbing into the cab. The impact of the collision of the Stellar semi-truck/trailer driven by Defendant Torres, into Plaintiff Richman's Freightliner truck, caused Plaintiff's truck to forcibly strike Plaintiff Richman, launching him to the ground and throwing him underneath the carriage of a third semi-truck that was parked immediately to the left of Plaintiff Richman's Freightliner.

3

XI.

Defendant Torres' negligent actions were the sole and direct cause of the collision, in this matter.

XII.

Defendants John and Jane Does I-V, Black and White Corps. I-V, and Grey Partnerships I-V, are either residents of the County of Maricopa, State of Arizona, or caused events to occur within Maricopa County, State of Arizona out of which this cause of action arose. These defendants are named fictitiously, and their true names and identities will be added through amendment to this Complaint upon discovery thereof. Plaintiff is informed and believes and therefore alleges that each such defendant may be legally responsible in some manner for the events referred to herein and proximately caused damage to Plaintiff.

XIII.

Defendants Stellar Six, LLC, Carlos M. Torres and Jane Doe Torres, and John and Jane Does I-V, Black and White Corps. I-V, and Grey Partnerships I-V, were the negligent parties and/or are responsible for damages sustained by Plaintiff.

XIV.

Jurisdiction and venue against the Defendants is proper as this incident occurred, and Plaintiff's injuries were sustained, within the County of Maricopa, State of Arizona.

XV.

Pursuant to *Arizona Rules of Civil Procedure*, Rule 26.2(c)(3), the Court should assign this case to the following tier based on the amount of the damages requested:

4

[ ]   Tier 1

[ ]   Tier 2

[X]   Tier 3

## GENERAL ALLEGATIONS

### XVI.

On January 6, 2020, the semi-truck of Carlos M. Torres struck Plaintiff Brian Richman, as described in paragraphs IX and X, above.

### XVII.

The incident occurred at Love's Travel Stop #659, 8313 Roosevelt St., in Tolleson, AZ.

### XVIII.

No police report was taken, due to the incident having occurred on private property.

### XIX.

At the time of the incident, Plaintiff Richman was in the process of climbing into his truck which had been parked on an end spot, when Defendant Torres' caused his Stellar semi-truck/trailer to strike Plaintiff Richman's truck on the passenger side.

### XX.

The impact from the collision caused by Defendant Torres, threw Plaintiff Richman backward into a third truck that was parked immediately to the left of Plaintiff Richman's truck.  Due to the impact and the force from him being struck and thrown backward, Mr. Richman's body came to a rest underneath the carriage of the third parked semi-truck.

. . .

5

XXI.

The incident occurred during the day, and the weather was clear and dry.  There were no contributing circumstances, other than Defendant Torres' negligence.

XXII.

The cause of the collision was due to Defendant Torres' sole negligence, and in violation of certain Arizona Statutes, thereby constituting negligence *per se*.

XXIII.

Defendant Torres was acting in the course and scope of his employment, agency, and/or duties as a servant or agent of Defendant Stellar Six, LLC, which is vicariously liable for his negligence.

XXIV.

Defendant Torres was operating his vehicle in a negligent manner, which directly caused Plaintiff to sustain serious, bodily injuries.

XXV.

As a result of the events set forth above, Plaintiff Richman suffered serious injuries, and said injuries were proximately caused by the negligence, recklessness, and carelessness of Defendant Torres.

XXVI.

As a direct and proximate result of Defendant Torres' negligent actions and/or inactions, Plaintiff was severely injured and suffered, and will continue to suffer, personal injuries which have caused, and will continue to cause, physical pain, suffering, permanent

6

injury, and continual care.   Furthermore, Plaintiff received medical care and treatment, incurred extensive medical bills, and will incur additional medical expense in the future.

### XXVII.

That in addition to the damages set forth above, Plaintiff Richman continues to suffer pain, and requires medical treatment and therapy into the future.

### XXVIII.

As a further direct and proximate result of the negligence of Defendants, Plaintiff Richman has incurred, and will continue to incur, medical expenses and other damages in an amount to be proven at trial.

### XXIX.

In addition to the medical expenses, Plaintiff Richman's injuries have caused substantial pain, suffering, anxiety, disfigurement, frustration, emotional distress, disability, economic damages, and the ability to participate in and enjoy life's activities to the quality and extent normally enjoyed before their injuries.   These injuries and damages are ongoing and some of the injuries are permanent or progressive.

### XXX.

As a further direct and proximate result of these events, Plaintiff Richman suffered loss of wages and benefits and opportunities that would have accrued, but for the injuries received.

### XXXI.

That in consequence of the aforesaid injuries, and as a result of the Defendant Torres' negligence, Plaintiff Richman was required to, and did, expend sums of money for medical

treatment, and was unable to perform his regular daily duties and responsibilities.

XXII.

That as a direct and proximate result of the aforementioned, Plaintiff Richman has sustained general damages in a sum to be determined at trial. Further, said damages are greater than the minimum jurisdictional limits of this Court.

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, as follows:

1.    For general and special damages in a reasonable and appropriate amount, as will be proven at trial;

2.    For Plaintiff's costs and expenses in prosecuting this matter;

3.    For Plaintiff's reasonable attorneys' fees; and

4.    For such other and further relief as the Court may deem just and proper.

DATED this 30th day of December, 2020.

PLATTNER VERDERAME, P.C.

/s/ Frank Verderame

BY_____
       FRANK VERDERAME
       316 E. Flower St.
       Phoenix, Arizona 85012
       Attorneys for Plaintiffs

. . .

8

ORIGINAL of the foregoing filed with:

Clerk of the Court
Maricopa County Superior Court
101/201 W. Jefferson
Phoenix, Arizona  85003

/s/ Donna L. Goetzenberger
_____

Donna L. Goetzenberger, Paralegal to:
FRANK VERDERAME

9

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
12/30/2020 10:43:00 AM
Filing ID 12377766

Person/Attorney Filing: Frank Verderame
Mailing Address: 316 E. Flower St.
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)266-2002
E-Mail Address: dgoetz@pvazlaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 007519, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

Brian A Richman
Plaintiff(s),
v.
Stellar Six, LLC, et al.
Defendant(s).

Case No. **CV2020-017410**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Frank Verderame /s/
Plaintiff/Attorney for Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
12/30/2020 10:43:00 AM
Filing ID 12377767

Person/Attorney Filing: Frank Verderame
Mailing Address: 316 E. Flower St.
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)266-2002
E-Mail Address: dgoetz@pvazlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 007519, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Brian A Richman
Plaintiff(s),
v.
Stellar Six, LLC, et al.
Defendant(s).

Case No.  **CV2020-017410**

**SUMMONS**

To: Stellar Six, LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 30, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *GABRIELA ROA*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5281504

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
12/30/2020 10:43:00 AM
Filing ID 12377768

Person/Attorney Filing: Frank Verderame
Mailing Address: 316 E. Flower St.
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)266-2002
E-Mail Address: dgoetz@pvazlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 007519, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Brian A Richman
Plaintiff(s),
v.
Stellar Six, LLC, et al.
Defendant(s).

Case No.  **CV2020-017410**

**SUMMONS**

To: Carlos M. Torres

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *December 30, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *GABRIELA ROA*
Deputy Clerk

Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5281504

2

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
12/30/2020 10:43:00 AM
Filing ID 12377769

Person/Attorney Filing: Frank Verderame
Mailing Address: 316 E. Flower St.
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)266-2002
E-Mail Address: dgoetz@pvazlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 007519, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Brian A Richman
Plaintiff(s),
v.
Stellar Six, LLC, et al.
Defendant(s).

Case No.  **CV2020-017410**

**SUMMONS**

To: Jane Doe Torres

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *December 30, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *GABRIELA ROA*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5281504

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
12/30/2020 10:43:00 AM
Filing ID 12377765

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

**Plaintiff's Attorney:**

Frank Vérderame

Bar Number: 007519, issuing State: AZ

Law Firm: Plattner Verderame, P.C.

316 E. Flower St.

Phoenix, AZ 85012

Telephone Number: (602)266-2002

Email address: dgoetz@pvazlaw.com

CV2020-017410

**Plaintiff:**

Brian A Richman

Telephone Number: (602)266-2002

Email address: dgoetz@pvazlaw.com

**Defendants:**

Stellar Six, LLC

7226 Alameda Ave.

El Paso, TX 79915

Carlos M. Torres

15350 Quillayute Dr.

El Paso, TX 79938

Jane Doe Torres

15350 Quillayute Dr.

El Paso, TX 79938

Discovery Tier t3

Case Category: Tort Motor Vehicle

Case Subcategory: Non-Death/Personal Injury

# Exhibit B

# Exhibit B

TODD A. RIGBY, SB #013383
Todd.Rigby@lewisbrisbois.com
SHAWN M. PETRI, SB #027733
Shawn.Petri@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendants*

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| BRIAN A. RICHMAN, an unmarried man,<br><br>Plaintiff,<br><br>vs.<br><br>STELLAR SIX, LLC, a Texas corporation; CARLOS M. TORRES and JANE DOE TORRES, husband and wife; JOHN AND JANE DOES I-V; BLACK AND WHITE CORPS. I-V; and GREY PARTNERSHIPS I-V,<br><br>Defendants. | Case No. CV2020-017410<br><br>**NOTICE OF FILING NOTICE OF REMOVAL**<br><br>(Honorable Sally, Duncan) |

TO PLAINTIFF HEREIN, AND HIS RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that under the provisions of 28 U.S.C. §§ 1332(a) and 28 U.S.C. 1441(b), on February 16th, 2021, Defendants Stellar Six, LLC and Torres filed with the Clerk of the Court for the United States District Court, for the District of Arizona, the attached Notice of Removal and supporting pleadings to accomplish the removal of the action pending in the Superior Court of the State of Arizona for the County of Maricopa entitled *Brian A. Richman v. Stellar Six, LLC and Carlos M. Torres and Jane Doe Torres,* Case No. CV2020-017410 to the United States District Court for the District of Arizona. As a result, this Court is divested of jurisdiction and must stop all proceedings unless and until

4823-9791-3308.1

1  the case is remanded.  28 U.S. Code § 1446(d).  All pending hearings in this Court must be

2  taken off calendar.

3      A copy of the Notice of Removal, without exhibits, is attached to this Notice, and is

4  served and filed herewith as Exhibit "1".

5      DATED this 16th day of February, 2021.

6                        **LEWIS BRISBOIS BISGAARD & SMITH** LLP

7

8

                      By:        /s/ *Shawn M. Petri*

9                                Todd A. Rigby

10                                Shawn M. Petri
                              *Attorneys for Defendants*

11

12  E-filed this 16th day of February, 2021 with:
    Maricopa County Superior Court

13
    COPY of the foregoing e-mailed

14  this 16th day of February, 2021 to:

15  Frank Verderame, Esq.
    **Plattner Verderame, PC**

16  316 E. Flower St.
    Phoenix, AZ 85012

17  Fverderame@pvazlaw.com
    *Attorneys for Plaintiff*

18
    /s/ *Laura M. Nagelkirk*

19  49405-08

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# Exhibit 1

# Exhibit 1

TODD A. RIGBY, SB #013383
Todd.Rigby@lewisbrisbois.com
SHAWN M. PETRI, SB #022642
Shawn.Petri@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Brian A. Richman, an unmarried man, | Case No. |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| Stellar Six, LLC, a Texas corporation; Carlos M. Torres and Jane Doe Torres, husband and wife; John and Jane Does I-V; Black and White Corporations. I-V; and Grey Partnerships I-V, | |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446, Defendants Stellar Six, LLC, and Carlos Torres remove this action from the Superior Court of Arizona, Maricopa County, Case No. CV2020-017410, to the United States District Court for the District of Arizona – Phoenix Division.  In support of removal, Defendants state as follows:

**I.    STATUS OF STATE COURT ACTION**

1.     On December 30, 2020, Plaintiff filed his Complaint against Defendants in the Superior Court of Arizona, Maricopa County.

2.     Defendant Stellar Six, LLC was served on January 21, 2021.  Carlos Torres was served on January 22, 2021.  Defendants have not filed a responsive pleading in the state court action.  A copy of the state court docket and all state court filings are included in Exhibit A, attached hereto, pursuant to LRCv 3.6(b).

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4826-0664-5211.1

3.      Defendants filed a Notice of Filing Notice of Removal in the state court action. A true and correct copy of the Notice is attached hereto as Exhibit B.

4.      As stated in more detail below, this case is properly removed pursuant to 28 U.S.C. § 1441 because Defendants satisfied the procedural requirements for removal and because this Court possesses diversity jurisdiction over this action, which involves citizens of different States and an amount in controversy exceeding $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332.

## II.   DEFENDANTS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

5.      Plaintiff filed his Complaint on December 30, 2020.  Plaintiff served Stellar Six, LLC, on January 21, 2021.  Plaintiff served Carlos Torres on January 22, 2021.  This Notice of Removal is timely under 28 U.S.C. § 1446(b).

6.      Venue in this Court is proper under 28 U.S.C. § 1441(a) because the Superior Court of Arizona, Maricopa County, is located within the Phoenix Division of the District of Arizona.  Thus, this Court "embrac[es] the place where such action is pending." 28 U.S.C. § 1441(a).

7.      No prior notice of removal has been filed.

8.      In accord with 28 U.S.C. § 1446(d) and Local Rule of Civil Procedure 3.6(a), Defendants served the other parties with a copy of the Notice of Removal and filed a copy of the Notice of Removal in the Superior Court of Arizona, Maricopa County.

## III.  DIVERSITY JURISDICTION

9.      Under 28 U.S.C. § 1332(a), this Court has original jurisdiction over a civil action between citizens of different states in which the matter in controversy exceeds $75,000, exclusive of interest and costs.

10.     Stellar Six, LLC, is a Texas company with its primary place of business in El Paso, Texas.  Stellar Six, LLC, is a citizen of Texas for diversity purposes under 28 U.S.C. § 1332(c)(1).

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    11.    Carlos Torres is a resident of El Paso, Texas. Mr. Torres is a citizen of Texas

2 for diversity purposes under 28 U.S.C. § 1332(c)(1).

3    12.    Plaintiff Brian Richman is a citizen of Nebraska (Compl., ¶ I). Therefore,

4 Plaintiff is a citizen of Nebraska for diversity purposes under 28 U.S.C. § 1332(c)(1).

5    13.    Typically, the amount in controversy is determined by the allegations in the

6 Complaint. *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 400 (9th Cir. 1996).

7 However, because the Complaint in this action does not specify the amount of damages

8 Plaintiff seeks, Defendants must show by a preponderance of the evidence that the amount

9 in controversy exceeds $75,000 - exclusive of interest and costs. *Id.*; *Necessary v. State*

10 *Farm Auto. Ins. Co.*, 359 Fed. Appx. 807, 810 (9th Cir. 2009).

11    14.    "Under this burden, the Defendants must provide evidence establishing that it

12 is 'more likely than not' that the amount in controversy exceeds [75,000]." *Welsh v. New*

13 *Hampshire Ins. Co.*, 843 F. Supp. 2d 1006, 1009 (D. Ariz. 2012). "The party seeking

14 removal does not need to establish what damages the Plaintiffs will recover, but only how

15 much is in controversy between the parties." *Blomberg v. Serv. Corp. Intern.*, 639 F.3d 761,

16 763 (7th Cir. 2011); *Kovacs v. Chesley*, 406 F.3d 393, 396 (6th Cir. 2005) ("The test for

17 whether the jurisdictional amount has been met considers whether the Plaintiff can succeed

18 on the merits in only a very superficial way."); *see also Lewis v. Verizon Commc'ns, Inc.*,

19 627 F.3d 395, 400 (9th Cir. 2010) ("The amount in controversy is simply an estimate of the

20 total amount in dispute, not a prospective assessment of . . . liability").

21    15.    "[T]he inquiry into the amount in controversy is not confined to the face of the

22 Complaint." *Welsh, supra.*

23    16.    Pursuant to Arizona Rules of Civil Procedure, Rule 26.2(b), Plaintiff

24 designated this matter as a Tier 3 case (Compl., ¶ XV). Pursuant to Rule 26.2(c)(3), a Tier

25 3 case is a matter with an alleged case value above $300,000.

26    17.    Plaintiff's claims for compensatory damages comprise an "amount in

27 controversy" in excess of $75,000, exclusive of interest and costs.

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4826-0664-5211.1                                      3

1      18.     Therefore, under Section 1332 of Title 28, United States Code, this Court has

2 subject matter jurisdiction over this civil action.

3      DATED this 16th day of February, 2021.

4                                **LEWIS BRISBOIS BISGAARD & SMITH** LLP

5

6

7                By:       *s/ Shawn M. Petri*

                             Todd A. Rigby

8                              Shawn M. Petri

                             *Attorneys for Defendants*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of February, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and deposited the same in the U.S. Mail to the following CM/ECF registrant:

Frank Verderame
**Plattner Verderame, PC**
316 E. Flower St.
Phoenix, AZ 85012
Fverderame@pvazlaw.com
*Attorneys for Plaintiff*


  *s/ Laura M. Nagelkirk*
49405-08

4826-0664-5211.1